UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SENTRY SELECT INSURANCE COMPANY,

            Plaintiff,

   -against-

DELIA CLARK, ESQUIRE and RAWLE &
HENDERSON, LLP,

            Defendants.

------------------------------------ x

ORDER

21 Misc. 414 (GBD)

GEORGE B. DANIELS, District Judge:

Upon consideration of Defendants Rawle & Henderson, LLP and Delia Clark, Esq.'s motion to enforce a subpoena served upon Hurwitz & Fine, P.C., to which there has been no response, it is hereby ORDERED that Defendants' motion is GRANTED. Hurwitz & Fine, P.C. is directed to produce any and all communications, documents, and information responsive to Defendants' subpoena within thirty (30) days from the date of this Order.

Dated: May 12, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE