UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SENTRY SELECT INSURANCE COMPANY,

                              Plaintiff,

-against-

DELIA CLARK, ESQUIRE and RAWLE &
HENDERSON, LLP,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

21 Misc. 414 (GBD)

GEORGE B. DANIELS, District Judge:

       Oral argument on Movant Hurwitz & Fine, P.C.'s motion for relief, (ECF No. 14), is set for August 31, 2021 at 11:00 a.m.

Dated: July 20, 2021
       New York, New York

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE