UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
SENTRY SELECT INSURANCE COMPANY, :
:
                Plaintiff, :
  -against- :
: ORDER
DELIA CLARK, ESQUIRE, et al., :
: 21 MC 414 (GBD)
              Defendants. :
:
:
------------------------------------ x

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is ordered to close the above-captioned case.

Dated: New York, New York
      April 6, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge